1    BRIAN S. KABATECK, SBN 152054
     (bsk@kbklawyers.com)
2    RICHARD L. KELLNER, SBN 171416
     (rlk@kbklawyers.com)
3    LINA B. MELIDONIAN, SBN 245283
     (lm@kbklawyers.com)
4    KABATECK BROWN KELLNER LLP
     644 South Figueroa Street
5    Los Angeles, California 90017
     Telephone: (213) 217-5000
6    Facsimile: (213) 217-5010

7    RICHARD B. WENTZ, SBN 120380
     (rick.wentz@gmail.com)
8    JEAN M. WENTZ, SBN 139340
     (jean.wentz@gmail.com)
9    THE WENTZ LAW FIRM
     2955 East Hillcrest Drive, Suite 123
10   Thousand Oaks, CA 91362
     Telephone: (805) 374-0060
11   Facsimile: (888) 855-8124

12   ANDREW N. FRIEDMAN
     (afriedman@cohenmilstein.com)
13   DOUGLAS J. MCNAMARA
     (dmcnamara@cohenmilstein.com)
14   STEFANIE M. RAMIREZ
     (sramirez@cohenmilstein.com)
15   COHEN MILSTEIN SELLERS & TOLL PLLC
     1100 New York Avenue, NW, Suite 500
16   Washington, DC 20005

17   *Attorneys for Plaintiff, individually and*
18   *all others similarly situated*

JS-6

19               UNITED STATES DISTRICT COURT

20               CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  KERRY MORIARTY, individually and on behalf of all others similarly situated,<br><br>22<br><br>23<br><br>24              Plaintiff,<br><br>   vs.<br>25<br><br>26  JPMORGAN CHASE BANK, N.A., a national banking association and DOES 1 through 10 inclusive;<br>27<br><br>28              Defendants. | Case No.  CV11-5844 DMG (JEMx)<br><br>**ORDER RE:  DISMISSAL WITHOUT PREJUDICE AND MUTUAL WAIVER OF COSTS, ATTORNEYS' FEES AND EXPENSES [37]** |

1        Pursuant to the parties' Stipulation of Dismissal [Doc. # 37], filed on

2  November 17, 2011, and good cause appearing therefor,

3        IT IS HEREBY ORDERED THAT:

4        This matter shall be dismissed without prejudice as to plaintiff's

5  individual claims and without prejudice as to the claims, if any, of any and all

6  putative class members, each side to bear her or its own fees and costs relating

7  to this action.

8

9  Dated: November 17, 2011

10  DOLLY M. GEE
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER RE DISMISSAL